UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

Case No. 07-CR-20119
HON. GEORGE CARAM STEEH

JASON MANNING - (D-6),

    Defendant.
_____/

## ORDER DENYING MOTION FOR RECONSIDERATION (#92)

Defendant Jason Manning moves for reconsideration of this court's August 14, 2007 Order affirming an August 8, 2007 revocation of bond. A motion for reconsideration must be filed within 10 days after entry of the challenged order. E.D. Mich. LR 7.1(g)(1). In seeking reconsideration, the movant must demonstrate a palpable defect by which the court and the parties have been mislead, and show that correcting the defect will result in a different disposition of the case. E.D. Mich. LR 7.1(g)(3). Manning's October 31, 2007 motion for reconsideration of this court's August 14, 2007 decision is untimely. E.D. Mich. LR 7.1(g)(1). Manning has also failed to demonstrate palpable error. Accordingly,

Manning's motion for reconsideration is hereby DENIED.

SO ORDERED.

Dated: November 1, 2007

                            s/George Caram Steeh
                            GEORGE CARAM STEEH
                            UNITED STATES DISTRICT JUDGE

---

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on November 1, 2007, by electronic and/or ordinary mail.

s/Josephine Chaffee
Deputy Clerk